IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| FREDERICK BROWN, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 5:07-CV-79(MTT) |
| | ) | |
| GEORGIA DEPARTMENT OF CORRECTIONS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on pro se Plaintiff Frederick Brown's oral motion for a continuance made at the August 24, 2010 pretrial conference. In support of his motion, Brown contended that he suffers from medical conditions that make it difficult for him to appear at the scheduled September 13, 2010 trial. However, the Defendants have submitted the affidavit of Dr. Dean Broome and copies of Mr. Brown's recent medical records which reveal no basis for a continuance. Accordingly, Brown's motion for a continuance is **DENIED**.

**SO ORDERED** this the 10th day of September, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT